```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

```
KATHLEEN ANN CARROLL           :
                               :
         v.                    :   CIV. NO. 3:09CV467 (JCH)
                               :
SOCIAL SECURITY ADMINISTRATION :
                               :
                               :
                               :
```

### ORDER TO SHOW CAUSE

The defendant, Social Security Administration is hereby ORDERED TO SHOW CAUSE why judgment should not enter in favor of plaintiff for defendant's failure to file a response to plaintiff's motion to reverse the decision of the commissioner, or in the alternative, to remand to the agency.

Defendant must show good cause in writing within ten (10) days from the date of this order.

SO ORDERED at Bridgeport this 27TH day of August 2009.

```
                          ____/S/_____
                          HOLLY B. FITZSIMMONS
                          UNITED STATES MAGISTRATE JUDGE
```